UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-0223 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH DANIEL SCHULTZ, | |
| Defendant. | |

Michael Patrick McBride and Carla Baumel, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Aaron J. Morrison, OFFICE OF THE FEDERAL DEFENDER, for defendant.

This matter is before the Court on defendant Joseph Schultz's objection to the December 3, 2024, Report and Recommendation ("R&R") of Magistrate Judge Leo I. Brisbois. Judge Brisbois recommends denying Schultz's motion to suppress. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). Based on that review, the Court overrules Schultz's objection and adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Defendant's objection [ECF No. 33] is OVERRULED.

2.	The Report and Recommendation [ECF No. 32] is ADOPTED.

3.	Defendant's motion to suppress [ECF No. 27] is DENIED.

Dated: January 10, 2025						 s/Patrick J. Schiltz
							Patrick J. Schiltz, Chief Judge
							United States District Court